The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                          Plaintiff,

                v.

DAVID DELAY AND
MARYSA COMER,

                          Defendants.

NO. CR15-00175 RSL

ORDER GRANTING DEFENDANTS'
MOTION TO CONTINUE TRIAL DATE

        The Court has considered the motion filed by Defendant David Delay on June 11,
2015 (Docket No. 36), and joined by Defendant Marysa Comer (Docket No. 41), for a
continuance of the trial date in this case. The Court finds that the ends of justice will be
served by ordering a continuance in this case, that a continuance is necessary to ensure
that defense counsel has adequate time for effective case preparation and to fully review
the record and prepare a defense (taking into account the exercise of due diligence), and
that failure to grant such a continuance will result in a miscarriage of justice. The Court
further finds that these factors outweigh the best interests of the public and the
Defendants in a speedy trial within the meaning of the Speedy Trial Act, Title 18, United
States Code, Section 3161(h)(7)(A).

UNITED STATES v. DELAY AND COMER
ORDER GRANTING DEFENDANTS' MOTION
TO CONTINUE TRIAL DATE - 1

1    The Court further finds that the period of time from July 2, 2015, to October 26,

2    2015, shall be excludable time pursuant to the Speedy Trial Act, Title 18, United States

3    Code, Sections 3161(h)(7)(A) and (h)(7)(B)(i) and (iv).

4    IT IS THEREFORE ORDERED that the trial date in this matter is continued to

5    October 26, 2015, and that pretrial motions shall be filed no later than October 1, 2015.

6

7    DONE this 7th day of July, 2015.

8

9

10

11    Robert S. Lasnik
      United States District Judge

12

13

14    /s/ *Catherine L. Crisham*
      Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES v. DELAY AND COMER
ORDER GRANTING DEFENDANTS' MOTION
TO CONTINUE TRIAL DATE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970