The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-00175 RSL |
| Plaintiff, | |
| | ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL DATE |
| v. | |
| DAVID DELAY and MARYSA COMER, | |
| Defendants. | |

    The Court has considered the motion filed by counsel for Defendant David Delay on October 7, 2015 (Docket No. 77), and joined by Defendant Marysa Comer (Docket No. 80), for a continuance of the trial date in this case. Based on the facts and circumstances set forth in defendant Delay's motion, which are incorporated herein by reference and adopted as findings of fact, the motion is granted. The Court finds that the ends of justice will be served by ordering a continuance in this case; that a continuance is necessary to ensure that defense counsel has adequate time for effective case preparation and to fully review the record and prepare a defense, taking into account the exercise of due diligence; and that failure to grant such a continuance will result in a miscarriage of justice. The Court further finds that these factors outweigh the best interests of the public

and the Defendants in a speedy trial within the meaning of the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).

The Court further finds that the period of time from October 16, 2015, until March 14, 2016, shall be excludable time pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(8)(B)(i) and (iv).

IT IS THERFORE ORDERED that the trial date in this matter is continued to March 14, 2016, and that pretrial motions shall be filed no later than January 29, 2016.

DONE this 26th day of October, 2015.

_____
Robert S. Lasnik
United States District Judge

UNITED STATES v. DELAY and COMER
ORDER GRANTING DEFENDANTS' MOTION
TO CONTINUE TRIAL DATE - 2