JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> MARYSA RENEE COMER, </br></br> Defendant. | NO. CR15-00175RSL </br></br> ORDER GRANTING DEFENDANT'S MOTION TO COMPLE DISCOVERY </br></br> ~~(PROPOSED)~~ |

The Court, having considered the Defendant's Motion to Compel Discovery of all documents regarding the violations of supervised release with which Ms. Comer is charged, including chronos/notes prepared by the United States Probation and other witnesses and reports which contain information about Ms. Comer and the alleged violations. IT IS HEREBY

ORDERED that the Probation Office disclose all documents regarding the violations of supervised release to include chronos/notes and reports prepared by the United States Probation Office and any witnesses.

Dated this 9th day of March, 2017.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRIC JUDGE

Presented by,

s/ *Paula Semmes Deutsch*
Assistant Federal Public Defender
Attorney for Marysa R. Comer

ORDER GRANTING MOTION
TO COMPEL DISCOVERY
(*Marysa R. Comer*, CR15-00175RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100