The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DAVID DELAY,<br><br>　　　　　　　Defendant. | NO. CR15-175RSL<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR PERMISSION TO FILE SURREPLY |

　　The Court, having reviewed the Government's Motion for Permission to File a Surreply, Dkt. # 359-1, enters the following Order:

　　It is hereby ORDERED that the motion is GRANTED. The Government may file a surreply to the Supplement: Statement of Authority filed by defendant David Delay.

　　DATED this 20th day of July, 2017.

　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　United States District Judge