The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>MARYSA COMER,<br><br>                          Defendant. | NO.  CR15-175RSL<br><br>[PROPOSED] ORDER SEALING GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION TO RECONSIDER DETENTION ORDER |

Having read the government's Response in Opposition to Defendant's Motion to Reconsider Detention Order in the above-captioned case, which was filed under seal, and the Government's Motion to Seal requesting that this motion be allowed to remain under seal,

It is hereby ORDERED that the government's Response in Opposition to Defendant's Motion to Reconsider Detention Order in this matter shall remain sealed.

DATED this _25th_ day of _September_, 2017.

_____
ROBERT S. LASNIK
United States District Judge

Presented by: Catherine L. Crisham, Assistant U.S. Attorney

ORDER TO SEAL GOVERNMENT'S RESPONSE
*United States v. Comer/CR15-175RSL- 1*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970