# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MARYSA RENEE COMER,<br><br>　　　　　Defendant. | NO. CR15-175RSL<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF COURT ORDER DENYING RELEASE ON BOND |

The Court, having considered defendant's Motion for Reconsideration of Court Order Denying Release on Bond, Dkt. # 406, the government's response and all the records and files in this case,

It is ordered that defendant's Motion for Reconsideration of Court Order Denying Release on Bond is hereby, DENIED.

DATED this 25th day of September, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF COURT ORDER DENYING RELEASE ON BOND