JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-00175RSL |
| Plaintiff, | ORDER GRANTING MOTION FOR RELEASE OF DIGITAL RECORDING |
| v. | ~~(PROPOSED)~~ |
| MARYSA RENEE COMER, | |
| Defendant. | |

The Court, having reviewed the defense Motion for Release of Digital Recording, the records and files herein,

IT IS ORDERED that the digital recording of Ms. Comer's sealed change of plea hearing dated November 16, 2015, (Docket No. 83) be released to defense counsel.

Dated this 23rd day of October, 2017.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Kyana Givens*
Assistant Federal Public Defender
Attorney for Marysa R. Comer

ORDER GRANTING MOTION FOR
RELEASE OF DIGITAL RECORDING
(*Marysa R. Comer*, CR15-00175RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100